

1994 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-17-1994

# McKenna, et al. v. Pacific Rail Service

Precedential or Non-Precedential:

Docket 93-5253, 93-5277

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

## Recommended Citation

"McKenna, et al. v. Pacific Rail Service" (1994). *1994 Decisions.* Paper 116.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/116

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 93-5253, 93-5277,
93-5385 and 93-5386

_____


PETER MCKENNA; GREG SPINA; JACK RICCIARDI;
JOHN OLIVER; ANDREW HENNESSEY; AL ARMETTA;
PINCUS COHEN; DAVE QUAID; ADAM LUKASWESKI;
WILLIAM HARPER; DORRANCE A. LINDH; JOHN
GUGLIOTTA; GEORGE WHITEHEAD; JOHN SHEA;
ANTHONY NAZARE; ROBERT TIGHE; DENNIS
MCCARTHY; RICHARD MONTACALVO; JEANETTE
MCCAFFERTY; GEORGE MARTIN; RALPH FERNANDEZ;
PAUL NOETHE; PATRICIA BURWITZ; MICHAEL
DEMONE; EDDIE DECHERT; SALVATORE PETRUZZELLI;
PHYLLIS LINDH; JOSEPH K. PFEIL,

vs.

PACIFIC RAIL SERVICE,

        Pacific Rail Service,

                        Appellant Nos. 93-5253
                        and 93-5385.


PETER MCKENNA; GREG SPINA; JACK RICCIARDI;
JOHN OLIVER; ANDREW HENNESSEY; AL ARMETTA;
PINCUS COHEN; DAVE QUAID; ADAM LUKASWESKI;
WILLIAM HARPER; DORRANCE A. LINDH; JOHN
GUGLIOTTA; GEORGE WHITEHEAD; JOHN SHEA;
ANTHONY NAZARE; ROBERT TIGHE; DENNIS
MCCARTHY; RICHARD MONTACALVO; JEANETTE
MCCAFFERTY; GEORGE MARTIN; RALPH FERNANDEZ;
PAUL NOETHE; PATRICIA BURWITZ; MICHAEL
DEMONE; EDDIE DECHERT; SALVATORE PETRUZZELLI;
PHYLLIS LINDH; JOSEPH K. PFEIL,

vs.

PACIFIC RAIL SERVICE,

> Peter McKenna; Greg Spina; Jack Ricciardi; John Oliver; Andrew Hennessey; Al Armetta; Pincus Cohen; Dave Quaid; Adam Lukasweski; William Harper; Dorrance A. Lindh; John Gugliotta; George Whitehead; John Shea; Anthony Nazare; Robert Tighe; Dennis McCarthy; Richard Montacalvo; Jeanette McCafferty; George Martin; Ralph Fernandez; Paul Noethe; Patricia Burwitz; Michael Demone; Eddie Dechert; Salvatore Petruzzelli; Phyllis Lindh; Joseph K. Pfeil,

> > Appellants Nos. 93-5277 and 93-5386.

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

(D.C. Civil No. 91-00693)

_____

ARGUED MARCH 10, 1994

BEFORE:  MANSMANN and LEWIS, Circuit Judges,
and MCKELVIE, District Judge.[*]

_____

ORDER AMENDING SLIP OPINION
_____

IT IS HEREBY ORDERED that the Slip Opinion filed in this case on August 11, 1994, be amended as follows:

The third sentence of section V of the majority opinion is stricken, and the following language is substituted:  "On

_____
[*]     Honorable Roderick R. McKelvie, United States District Judge for the District of Delaware, sitting by designation.

remand, it will be within the trial court's discretion whether to allow claims for front pay, and plaintiffs' claims for emotional distress are reinstated consistent with this opinion."

                                        BY THE COURT

                                        \s\ Timothy K. Lewis
                                        _____
                                            Circuit Judge

Dated: August 17, 1994